THE STATE OF OHIO, APPELLANT, *v.* BARNETT, APPELLEE.

[Cite as *State v. Barnett* (1993), 67 Ohio St.3d 449.]

(No. 93–1135—Submitted September 14, 1993—Decided October 13, 1993.)

*Paul F. Kutscher, Jr.,* Seneca County Prosecuting Attorney, for appellant. *Clarence R. Barnett, pro se.*

The cause is affirmed on authority of *State v. Collins* (1993), 67 Ohio St.3d 115, 616 N.E.2d 224.

A.W. SWEENEY, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and DOUGLAS, J., dissent.